UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
---------------------------------

CHRISTOPHER BAKER and STEPHANIE BAKER,

                Plaintiffs,

  -v-                                    1:09-CV-739 (DNH/DRH)

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

                Defendant.

---------------------------------

DAVID N. HURD
United States District Judge

## **O R D E R**

Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on August 28, 2009, in Utica, New York, it is hereby

ORDERED that plaintiffs' motion to remand their lawsuit to state court is GRANTED.

The Clerk of the Court is directed to enter judgment accordingly and send a certified copy of this order to the clerk of the Supreme Court of New York, County of Ulster.

IT IS SO ORDERED.

_____
United States District Judge

Dated: August 28, 2009
       Utica, New York